

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00058-CV

ESTATE OF WILLIAM ALVIN
MONCRIEF, JR. DECEASED

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2021-PR004259-2-B)

§ August 1, 2024

§ Opinion by Justice Wallach

§ Dissenting Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the trial court's temporary injunction order and stay order prohibiting Appellants Richard W. Moncrief, individually and as alleged Co-Trustee of the W.A. Moncrief, Jr. Management Trust (Management Trust) and Marshall M. Searcy, individually and as alleged Co-Trustee of Management Trust, from proceeding with the Moncrief Oil & Gas Master LLC and the South Beaver Ranch LLC arbitrations. We also reverse the trial court's implicit order denying

Appellants' motions to abate the trial court's proceedings regarding William Alvin Moncrief, Jr.'s capacity issues pending resolution of the arbitrations. The trial court is instructed to abate its proceedings involving the capacity issues until final resolution of the arbitration.

It is further ordered that Appellees Gloria Marie Moncrief, Tom Oil Moncrief, and Gary R. Allen shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach